IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES, <br> TDCJ No. 1169005, <br><br> Plaintiff, <br><br> V. <br><br> DIRECTOR, TDCJ-CID, <br><br> Defendant. | § § § § § § § § § § § | <br><br><br><br><br>No. 3:20-CV-3118-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 17, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE